No. A–707.   WATSON ET AL. *v.* UNITED STATES ET AL. D. C. S. D. Tex.   Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–324.   IN RE DISBARMENT OF JAVITZ.   It is ordered that Marvin R. Javitz, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–325.   IN RE DISBARMENT OF HAMPARES.   It is ordered that A. James Hampares, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–326.   IN RE DISBARMENT OF GALLOWAY.   It is ordered that John Michael Galloway, of Anderson, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–327.   IN RE DISBARMENT OF STEVENS.   It is ordered that Harry J. Stevens, Jr., of Allenhurst, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–328.   IN RE DISBARMENT OF JUNCKER.   It is ordered that Martin Edward Juncker, of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.